DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN RHEAL,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE** o/b/o **CINDY BARNES,**
Appellee.

No. 4D2025-1372

[March 5, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lillian B. Ewen, Judge; L.T. Case No. 562019DR001462; and the State of Florida, Department of Revenue; CSE No. 2000421565.

Shawn Rheal, Hollywood, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***